NEW YORK CENT. & H. R. R. CO., Appellant, v. AUBURN INTERURBAN ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by the New York Central & Hudson River Railroad Company against the Auburn Interurban Electric Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, J., not voting.

NEW YORK CENT. & H. R. R. CO. v. STATE. (Supreme Court, Appellate Division, Third Department. January 14, 1903.) Action by the New York Central & Hudson River Railroad Company against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

NORTHAM, Respondent, v. DUTCHESS COUNTY MUT. INS. CO. OF POUGH-KEEPSIE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by Lewis A. Northam, as assignee, etc., against the Dutchess County Mutual Insurance Company of Poughkeepsie, New York. No opinion. Judgment and order affirmed, with costs.

McLENNAN, J., dissenting, upon the ground that the verdict is against the weight of evidence, on the authority of same case. 68 App. Div. 475, 74 N. Y. Supp. 29.

NORTHERN ELEVATOR CO., Respondent, v. LEHIGH VAL. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) Action by the Northern Elevator Company against the Lehigh Valley Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

O'BRIEN et al., Respondents, v. DWYER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 30, 1903.) Action by Henry O'Brien and others, constituting the Syracuse Stock & Grain Company, against John J. Dwyer, Clarence E. Cooley, impleaded, etc. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions to be certified to be settled before Mr. Justice HISCOCK at his chambers in Syracuse.

O'CONNELL, Respondent, v. SHERA, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by Katherine O'Connell against Ethelinda M. Shera. W. J. McGoy, for appellant. C. J. G. Hall, for respondent. No opinion. Judgment and order affirmed, with costs. See 73 N. Y. Supp. 231.

In re ORR et al. (Supreme Court, Appellate Division, First Department. February 13, 1903.) In the matter of Alexander E. Orr and others. No opinion. Compensation fixed.

OSTRANDER FIRE BRICK CO., Plaintiff, Respondent, v. McCORMICK et al., Defendants, Appellants and Respondents. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by the Ostrander Fire Brick Company against Peter J. McCormick, Frederick G. Voss, James B. Ludlow, and Jacob F. Miller, as executors, etc., of Thomas W. Ludlow, Jr., deceased, and others. No opinion. Order reversed on argument, by consent, and motion dismissing the complaint granted, without costs.

OTT, Respondent, v. HOME FIRE INS. CO. OF BALTIMORE, Appellant. (Supreme Court, Appellate Division, Third Department. January 14, 1903.) Action by Albert Ott against the Home Fire Insurance Company of Baltimore. No opinion. Judgment and order unanimously affirmed, with costs.

PECK v. BARNEY et al. (two cases). (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Two actions by George W. Peck, as trustee, etc., against Charles T. Barney and others. No opinions. Orders affirmed, with $10 costs in each case, and disbursements.

In re PENNSYLVANIA, N. Y. & L. I. R. CO. (Supreme Court, Appellate Division, First Department. February 20, 1903.) In the matter of the Pennsylvania, New York & Long Island Railroad Company. No opinion. Motion granted.

PEOPLE, Respondent, v. BERKMAN, Appellant. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Proceeding by the people of the state of New York against Israel Berkman. O. A. Rosalsky, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. GUICHANE, Appellant. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Proceeding by the people of the state of New York against Francois Guichane. J. D. Lindsay, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE v. HAND. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Proceeding by the people of the state of New York against Robert Hand. No opinion. Motion granted.

PEOPLE, Respondent, v. LAKE, Appellant. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Proceeding by the people of the state of New York against Pater Lake. L. Loewenstein, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE v. TITE. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Proceeding by the people of the state of New York against Thomas Tite. No opinion. Motion granted.